45 A.3d 403

In re REGLAN/METOCLOPRAMIDE LITIGATION.

Petition of First Databank, Inc.

No. 37 EM 2012.

Supreme Court of Pennsylvania.

May 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of May, 2012, the Application to File under Seal and the Application for Leave to File a Reply are GRANTED, and the "Emergency Application for Extraor-

dinary Relief under Pa.R.A.P. 3309 or Exercise of King's Bench Powers" and the Application for Stay are **DENIED.**